

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00499-CV

**IN THE MATTER OF B.M.G.**,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00641-W1
Honorable Laura Parker, Judge Presiding

# O R D E R

After the notice of appeal was filed in this case, we ordered appellant B.M.G. to pay the filing fee or to show that B.M.G. was indigent. The fees have been paid. We therefore reinstate the appellate timetable and order appellant's brief is due on November 2, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court